UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS NATIONAL PENSION FUND,<br><br>    Plaintiff,<br><br>v.<br><br>EPIC SHEET METAL INC.,<br><br>    Defendant. | No. 2:23-cv-10415-JAK (SPx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

1

Pursuant to the Order re Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment entered on August 4, 2025, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

It is declared that, because Defendant Epic Sheet Metal, Inc. ("Epic") is a successor to Titan Sheet Metal, Inc. ("Titan"), with notice of the liability, it is an "employer" under the Employee Retirement Income Security Act of 1974 ("ERISA"), §§ 1001 *et seq.*, and the Multiemployer Pension Plan Amendments Act of 1980. Therefore, Epic is liable for interim withdrawal liability payments and resulting interest, liquidated damages and attorney's fees as a successor employer under 29 U.S.C. § 1399(c)(2), § 1401(d), § 1451(b), § 1132(g)(2) and § 1145.

With respect to the foregoing liability, Epic shall pay Plaintiff Board of Trustees Sheet Metal Workers' National Pension Fund the following amounts, in addition to post-judgment interest as provided by 28 U.S.C. § 1961:

| | |
|---|---|
| INTERIM WITHDRAWAL LIABILITY PAYMENTS | $1,671,309.33 |
| INTEREST | $631,563.51 |
| LIQUIDATED DAMAGES: | $631,563.51 |
| ***TOTAL AWARD:*** | ***$2,934,436.35*** |

/
/
/
/

This judgment is without prejudice to any challenge to the award of withdrawal and interest that Epic may raise in arbitration, except as to issues already decided by this Court.

Plaintiff shall have 14 days from the entry of Judgment to move for an award of

2

1  reasonable attorney's fees and costs pursuant to Federal Rule of Civil Procedure 54
2  and L.R. 54.
3
4  **IT IS SO ORDERED.**
5
6  Dated: September 05, 2025    _____
7                                John A. Kronstadt
8                                United States District Judge

3