George M. Kraw (California Bar No. 71551)
Katherine A. McDonough (SBN 241426)
Kraw Law Group, APC
605 Ellis Street St. 200
Mountain View, CA 94043
(650) 314 7800 tel
(650) 314 7899 fax
gkraw@kraw.com
kmcdonough@kraw.com

Attorneys for Plaintiffs,
Board of Trustees of the Sheet Metal Workers' National Pension Fund

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND,

Plaintiff,

v.

EPIC SHEET METAL, INC.,

Defendant.

) CASE NO. 2:23-cv-10415-JAK-SP
)
) Hon. John A. Kronstadt
)
) **ACKNOWLEDGMENT OF**
) **SATISFACTION OF JUDGMENT**
)
)
)
)
)

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNYS OF RECORD:**

1. Satisfaction of the judgment is acknowledged as follows: **Full Satisfaction**

2. Full name and address of the Judgment Creditor:

    a. **Board of Trustees, Sheet Metal Workers' National Pension Fund**

    **3180 Fairview Park Drive, Suite 400**

    **Falls Church, VA 22042**

3. Full name and address of assignee of record, if any: **None.**

- 1 -

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

4. Full name and address of Judgment Debtor:

**EPIC SHEET METAL, INC.**

**1720 Industrial Ave**

**Norco, CA 92860**

5. Judgment entered on: **September 8, 2025**

6. An Abstract of Judgment was recorded as follows: **N/A**

7. A notice of judgment lien was filed with the office of the Secretary of State for California as file number: **N/A**

   **NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgement of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State for California to terminate any judgment lien on personal property.

Dated: January 6, 2026                    Respectfully submitted,

Katherine A. McDonough
Kraw Law Group, APC
605 Ellis St., Ste 200
Mountain View, CA 94043
(650) 314 7800 tel
(650) 314 7899 fax

Attorney for Plaintiffs/Judgment Creditors

- 2 -
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

**CALIFORNIA ACKNOWLEDGMENT**                                      CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Santa Clara_ }

On _Jan. 6, 2026_ before me, _Elen Ortiz, Notary Public_,
_____Date_____                 _Here Insert Name and Title of the Officer_

personally appeared _Katherine McDonough_
                          _Name(s) of Signer(s)_

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> ELENA ORTIZ
> Notary Public - California
> Santa Clara County
> Commission # 2401114
> My Comm. Expires May 15, 2026

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                _Signature of Notary Public_

_Place Notary Seal and/or Stamp Above_

──────────── OPTIONAL ────────────

_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: _Acknowledgment of Satisfaction of Judgment_
Document Date: _Jan. 6, 2026_ _____ Number of Pages: _3_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _Katherine McDonough_    Signer's Name: _____
☐ Corporate Officer – Title(s): _____  ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General          ☐ Partner – ☐ Limited ☐ General
☐ Individual        ☑ Attorney in Fact    ☐ Individual        ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator  ☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____                  ☐ Other: _____
Signer is Representing: _Board of Trustees Sheet Metal Workers National Pension Fund_    Signer is Representing: _____

©2019 National Notary Association